IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS STELZER,<br>    Plaintiff | : | No. 1:21-cv-02097 |
| v. | : | (Judge Kane) |
| STEWART LOGISTICS, INC., <u>et al.</u>,<br>    Defendants | : | |

### ORDER

**AND NOW**, on this 10th day of March 2023, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Plaintiff's motion for leave to amend his complaint (Doc. No. 28) is **GRANTED**, and Plaintiff is directed to file his proposed amended complaint (Doc. No. 29-1) within seven (7) days of the date of this Order.

                                                      s/ Yvette Kane
                                                      Yvette Kane, District Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania